IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FELICIA BOWMAN                                                                                       PLAINTIFF

v.                                       CASE NO. 4:15-CV-00127-SWW

ARKANSAS REGIONAL ORGAN
RECOVERY AGENCY                                                                              DEFENDANT

## DEFENDANT ARKANSAS REGIONAL ORGAN RECOVERY AGENCY'S ANSWER TO PLAINTIFF'S COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Comes the Defendant Arkansas Regional Organ Recovery Agency (hereinafter "ARORA") by and through its undersigned counsel FRIDAY, ELDREDGE & CLARK, LLP, and for its Answer to Plaintiff's Complaint filed herein, states:

1. Defendant admits the jurisdictional allegations contained in paragraph 1 of Plaintiff's Complaint.

2. Defendant admits the allegations contained in paragraph 2 of Plaintiff's Complaint.

3. Defendant admits the allegations contained in paragraph 3 of Plaintiff's Complaint.

4. Defendant admits the allegations contained in paragraph 4 of Plaintiff's Complaint.

5. Defendant denies the allegations contained in paragraph 5 of Plaintiff's Complaint.

6. Defendant admits the allegations contained in paragraph 6 of Plaintiff's Complaint.

1

7. Defendant admits the allegations contained in paragraph 7 of Plaintiff's Complaint.

8. Defendant denies the allegations contained in paragraph 8 of Plaintiff's Complaint.

9. Defendant admits that on September 1, 2014, the then Executive Director of ARORA attempted to place the Plaintiff in a corporate officer position of Chief Financial Officer of ARORA without notice or disclosure to the Board of Directors of ARORA and that the Board of Directors, possessing the sole authority to create new corporate officers, voided the acts of the Executive Director and rescinded the undisclosed raise given to the Plaintiff without authority.  Defendant also admits that the then Executive Director resigned on October 27, 2014.  Defendant further states that the former Executive Director promoted and/or gave raises to other ARORA employees and that the Board of Directors approved some of promotions or raises and rescinded others without regard of the race of any employee. Defendant further admits that the Plaintiff filed a discrimination claim with the Equal Employment Opportunity Commission ("EEOC") on December 1, 2014.  Defendant denies each and every other material allegation contained in paragraph 9 of Plaintiff's Complaint.

10. Defendant denies the allegations contained in paragraph 10 of Plaintiff's Complaint.

11. Defendant admits that Plaintiff attached to the Complaint a copy of the charge filed with the EEOC.

12. Defendant would have taken the same action against the Plaintiff regardless of her protective characteristic.

13. All actions Defendant ARORA took with respect to the Plaintiff were for lawful and legitimate reasons and upon Defendant's good faith belief that they were in compliance with all applicable laws.

WHEREFORE, Defendant prays that the Complaint in this matter be dismissed for its costs and for all other just and proper relief.

Respectfully submitted,

Elizabeth Robben Murray (Ark. Bar 79244)
Amanda J. Fray (Ark. Bar 2014052)
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
Telephone: (501) 370-1534
E-Mail: Murray@fridayfirm.com
E-Mail: Afray@fridayfirm.com

By:   */s/ Elizabeth Robben Murray*
         Elizabeth Robben Murray

Attorneys for Defendant
Arkansas Regional Organ Recovery Agency

## **CERTIFICATE OF SERVICE**

I, Elizabeth Robben Murray, certify that on this 20th day of July, 2015, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following CM/ECF users:

Martin W. Bowen
bowen@bowenlaw.com

Janet L. Pulliam
jpulliam@mitchellblackstock.com

                                                          By:   */s/ Elizabeth Robben Murray*
                                                                   Elizabeth Robben Murray